**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**NATALIE L. HORTON,
RANDOLPH W. MARTIN, II**                                       **PLAINTIFFS**

**V.**                      **NO. 4:12CV00325**

**U.S. BANK NATIONAL
ASSOCIATION; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.("MERS");
DYKE, HENRY, GOLDSHOLL &
WINZERLING, P.L.C.**                                            **DEFENDANTS**

**ORDER**

Plaintiffs filed their *pro se* complaint on May 30, 2012. On June 5, 2012, the Court entered an Order directing the Plaintiffs to be familiar and comply with all Federal Rules of Civil Procedure and the Local Rules of the Court. (DE # 6). On June 8, 2012 the Defendants filed a motion to dismiss. Plaintiffs did not respond to the motion, accordingly, the Court entered an Order requiring the Plaintiffs to show cause why they had not responded to the pending motion on or before July 28, 2012. (DE #12). The Court further advised Plaintiffs that failure to file such in accordance with the Court's directions could result in the dismissal of the complaint. As of this date, Plaintiffs have not responded to the Order of this Court[1].

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,

---

[1] The Order of the Court mailed by certified mail on July 10, 2012 has been returned as undeliverable.

>to monitor the progress of the case and to prosecute
>or defend the action diligently . . . . If any communication
>from the Court to a pro se plaintiff is not responded
>to within thirty (30) days, the case may be
>dismissed without prejudice. . . .

In light of Plaintiffs' failure to notify the Court of a change of address and failure to respond to this Court's July 10, 2012 Order, the Court will dismiss the complaint. Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 13th day of August, 2012.

_____
James M. Moody
United States District Judge