## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**NATALIE L. HORTON,**
**RANDOLPH W. MARTIN, II**                                      **PLAINTIFFS**

**V.**                               **NO. 4:12CV00325**

**U.S. BANK NATIONAL**
**ASSOCIATION; MORTGAGE**
**ELECTRONIC REGISTRATION**
**SYSTEMS, INC.("MERS");**
**DYKE, HENRY, GOLDSHOLL &**
**WINZERLING, P.L.C.**                                         **DEFENDANTS**

                                    **JUDGMENT**

       Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.

The relief sought is denied.

       IT IS SO ADJUDGED this 13th day of August, 2012.


_____
James M. Moody
United States District Judge